**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| | * |
| **MELODY A. RUSSELL** | * |
| **Plaintiff** | * |
| | **CIVIL NO.  JKB-15-3451** |
| **v.** | * |
| **1ST MARINER BANK,** | * |
| **et al.** | |
| | * |
| **Defendants** | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

In light of Plaintiff's Stipulation of Dismissal With Prejudice filed on January 29, 2016

(ECF No. 9), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1),

Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.


DATED this 29th day of January, 2016.


BY THE COURT:


_____/s/_____
James K. Bredar
United States District Judge